UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN KETCHENS, | ) | CASE NO. CV 07-5761 GAF (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| W. SALAZAR, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  November 10, 2011

_____
GARY A. FEESS
United States District Judge